AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**OMAR T. THOMAS**
**DOB:**
**PDID:**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MAY 12, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a 12 gauge sawed off shotgun and five rounds of ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__ .

I further state that I am __DET. JAMES MCNAMARA__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

**Signature of Complainant**
**DET. JAMES J. MCNAMARA**
**MAJOR NARCOTICS BRANCH**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                       City and State

_____         _____
Name & Title of Judicial Officer              Signature of Judicial Officer