STATEMENT OF FACTS

On May 12, 2005 at approximately 9:30 p.m., sworn members of the Metropolitan Police Department (MPD) entered 1228 16th Street, N.E., apartment # 4 in the District of Columbia to arrest a person that had just sold marijuana to an undercover Metropolitan Police Department (MPD). The defendant, who was inside apartment, told MPD officers that the apartment belonged to him and that he had a shotgun underneath the bed mattress. As a result, a double barrel Charles Daily 12 gauge double barrel shotgun was removed from underneath the mattress. In addition, five rounds of shotgun ammunition was found in the dresser drawer in the same bedroom.

To the best of this officer's knowledge, the defendant has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. Based on the undersigned officer's knowledge and experience, the 12 gauge shot gun and shot gun shell were not manufactured in the District of Columbia.

_____

Det. James J. McNamara
MPD, Major Narcotics Branch
Badge Number 42

Subscribed and sworn to me this \_\_\_\_day of May 2005

_____

United States Magistrate Judge
 District of Columbia