UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0284M-01 (CR) |
| **OMAR T. THOMAS,** | : | VIOLATIONS: 21 U.S.C. §856(a)(2) |
| **Defendant.** | : | and §860(a) |
| | : | (Unlawful Maintenance of Premises to |
| | : | Manufacture, Distribute, Store and Use a |
| | : | Controlled Substance Within 1000 Feet of a |
| | : | School); |
| | : | 22 D.C.C. §4514(a) |
| | : | (Possession of a Prohibited Weapon) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about May 12, 2005, within the District of Columbia, **OMAR T. THOMAS**, as the owner, lessee, and agent of a building, room and enclosure, that is, 1228 16th Street, N.E., Apt. 4, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cannabis, also known as marijuana, a Schedule I controlled substance, within one thousand feet of the real property comprising Webb Elementary School, a public elementary school in the District of Columbia. .

   (**Unlawful Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 856(a)(2) and 860(a))

## COUNT TWO

On or about May 12, 2005, within the District of Columbia, **OMAR T. THOMAS**, unlawfully did have in his possession a sawed-off shotgun.

(**Possession of a Prohibited Weapon**, in violation of Title 22, District of Columbia Code, Section 4514(a))

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        BARRY WIEGAND
        Assistant United States Attorney
        Bar No. 424-288
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4211
        Washington, D.C. 20530
        (202) 514-7315