AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF Washington DC

UNITED STATES OF AMERICA

v.

Omar Thomas

**WAIVER OF INDICTMENT**

FILED
SEP 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-284 (CKK)

I, Omar Thomas, the above named defendant, who is accused of violating 21 U.S.C. § 856(a)(2) and 860(a) and DC Code § 22:4514(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/27/05 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer