UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : CRIMINAL NO. 05-284 |
| | : Judge Colleen Kollar-Kotelly |
| vs. | : |
| OMAR THOMAS | : |
| Defendant | : |

## ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for OMAR THOMAS, by no later than DECEMBER 30, 2005; and it is

FURTHER ORDERED that the parties shall file Memorandum in Aid of Sentencing, by no later than JANUARY 6, 2006; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #11 on JANUARY 13, 2006 AT 9:00 A.M.

IT IS SO ORDERED,

Date: Oct. 24, 2005

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Pretrial
    Probation
    Barry Wiegand, AUSA
    David Bos, AFPD