UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Crim. No. 05-0284 (CKK) |
| | : | |
| **OMAR THOMAS,** | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court on the government's motion for a bench warrant and to revoke defendant's bail pending sentencing. Upon consideration of that motion, and the entire record herein, it is by the Court this ____ day of November 2005

ORDERED that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the Clerk of the Court shall issue a warrant for defendant's arrest, which shall be endorsed, "Hold Without Bail;" and it is further

ORDERED, that defendant shall be held without bail pending sentencing or further order of the Court.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Barry Wiegand
Assistant U.S. Attorney
555 4th Street, N.W., Room 4444
Washington, D.C. 20001
(202) 514-7315; (202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

Mr. David Bos, Esq., AFPD
Counsel for Defendant Omar Thomas
Office of the Federal Defender
625 Indiana Avenue, Fifth Floor
Washington, D.C. 20004
David_Bos@Fd.Org
(202) 208-7500; (202) 208-7515 (fax)