_DOMESTIC VIOLENCE_

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. ARREST/PROSECUTION REPORT P.D. 163 Rev. 5/2002  G.O. 401.5 | 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY) | 2. ID NUMBER (ID ONLY) 456-21 |
|---|---|---|
| | 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | 4. CID NUMBER |
| 5. UNIT-ARREST NO. 060504496 | 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) THOMAS, OMAR TYRONE | 7. DEA LAB NUMBER |
| 8. Arresting Officer's Name MICCICHE, C.J. Rank OFC  Badge # 49  Agency MPDC | 9. TYPE OF RELEASE ☐ CITATION ☐ BOND ☐ COLLATERAL | 10. NICKNAME / ALIAS | 11. PHONE NUMBER UNKNOWN |
| | 12. COURT DATE 10-21-05 | 13. ADDRESS [redacted] | 14. TIME IN D.C. LIFE |

| 15. ☐ CHILD ABUSE  ☐ GANG  ☐ HATE  SPECIAL INTELLIGENCE  ☐ SENIOR CITIZEN  ☒ DOMESTIC VIOLENCE | 16. SEX ▶ Male | 17. RACE ▶ Black | 18. BIRTHDATE | 19. SOCIAL SECURITY NUMBER -3063 |
|---|---|---|---|---|
| 20. NEED INTERPRETER ☐ YES ☒ NO | 21. HEIGHT 5'11" | 22. WEIGHT 220 | 23. HAIR BLK | 24. EYES BRN | 25. COMPLEX Med | 26. PERMIT NO/ST N/A | 27. BIRTHPLACE WDC |

| 28. CO-DEFENDANTS: Number 0 NAME, ADDRESS, ZIP CODE AND PHONE NUMBER | 29. IMPERSONATOR? ☐M ☐F ☒NO | 30. ETHNICITY AMERICAN | 31. CAUTION N/A |
|---|---|---|---|
| 1. | 32. SCARS/MARKS/TATTOOS SCAR FOREHEAD, TATTOO RT ARM | | |
| 2. | 33. HAT N/A | 34. JACKET N/A | 35. PANTS GRY |
| 3. | 36. COAT N/A | 37. SHIRT BLK | 38. SKIRT/DRESS N/A |

| 39. WALES/NCIC CHECK | | | |
|---|---|---|---|
| CHECK MADE BY (Name) PETTY | NCIC NUMBER 05810 | WARRANT ON FILE Yes ☐ No ☒ | |
| 40. LOCATION OF OFFENSE ▶ INSIDE OF [redacted] | | DATE OF OFFENSE ▶ 10-20-05 | TIME OF OFFENSE ▶ 23:50 |
| 40. LOCATION OF ARREST ▶ INSIDE OF [redacted] | | DATE OF ARREST ▶ 10-21-05 | TIME OF ARREST ▶ 00:10 |
| 42. ASSISTING OFFICER'S NAME ▶ CADY, J., OFC. 1227, 6-D | ASSISTING OFFICER'S NAME ▶ GIBBS, KENNETH, OFC. 119, 6-D | | |

| 43. DEFENDANT ADVISED OF RIGHTS | | | | | |
|---|---|---|---|---|---|
| DATE | TIME | LOCATION NOT ADVISED | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A | BADGE NO. | UNIT |

| 44. COMPLAINANTS / WITNESSES  MORE ☐  See Back | | | | | |
|---|---|---|---|---|---|
| NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. | |
| W-1 ▶ [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| W-2 ▶ | | | | | |

| 45. SPEC. OPS 607 | 46. TACTICS 2 - Radio Run | 47. PREMISES 5 - Apartment | 48. SCHOOL ZONE ☐  PUBLIC HOUSING ☐ |
|---|---|---|---|

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO. |
|---|---|---|---|---|
| 1. SIMPLE ASSAULT - DOMESTIC VIOLENCE | | 143-374 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| 50. PROPERTY RECOVERY / ITEMS OF EVIDENCE | | 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|---|
| PROPERTY BOOK/ PAGE NO. | CSES NO. 9243 MOTON | | |
| | | 52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS CSOSA ANKLE BRACELET | |

| 54. GCB USE ONLY | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS/MARKS/TATTOOS |
|---|---|---|---|---|---|---|

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

| 55. EMPLOYMENT HISTORY *(List present employment if any, on Line 1)* |||||||
|---|---|---|---|---|---|
| FROM–DATE–TO | EMPLOYER | | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. Present | REFUSED | | | | |
| 2. | | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES *(Begin with immediate family)* ||||||
|---|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| | | REFUSED | | |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE ☐ YES ☒ NO ☐ REFUSED | 59. PHONE NUMBER |
|---|---|---|
| | | |

**60. STATEMENT OF FACTS:** *(Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)*

The event occurred on 10-20-05 at approximately 23:50 at INSIDE OF ███████████████████████ in Washington DC.

Officer Christopher Micciche, assigned to marked PSA unit 6031, responded for a radio run regarding a "Domestic Violence-Assault Just Occurred", along with Officer Cady and Officer Gibbs, assigned to marked PSA Crime Patrol unit 607. Officer Cady and Officer Gibbs arrived on the scene and encountered CW-1 infront of the apartment building. She was crying and reported that D-1 had assaulted her and was still inside of the apartment. The officers proceeded to the apartment to find D-1. Officer Micciche arrived on the scene as the other officers entered the building. CW-1 was crying hysterically when Officer Micciche approached her, and she began to recount what had occurred. CW-1 exclaimed "He grabbed me by the neck! He was choking me! I just couldn't breathe anymore! I thought I was going to die! Look at my neck!" Officer Micciche observed red marks and scratches to CW-'1s neck, consistent with CW-1's account of the attack. Officer Micciche prompted her to calm down and explain exactly what had occurred. CW-1 reported that she had arrived at the residence, which she was sharing with D-1 for the past six months. D-1 is CW-1's former boyfriend. CW-1 was attempting to gather her clothing to prepare for work the following morning. D-1 refused to allow CW-1 to turn the light on in the apartment. CW-1 proceeded to the kitchen area to turn on the light. D-1 followed her into the kitchen, and after CW-1 turned the light on, D-1 began pushing her and "smacking" her in the face. CW-1 was uncertain whether D-1 was using a closed fist or an open hand. CW-1 tried to push D-1 away, but was unable due to their respective sizes. D-1 continued to strike CW-1 to the face, so CW-1 picked up a small aluminum frying pan, which was the only useable weapon in the area, and struck D-1 to the head. At that point, CW-1 was able to flee to the living room area in an attempt to escape from the apartment. D-1 caught CW-1 in the living room and began to choke her, with his hands wrapped around her neck. CW-1 reports that she began flailing at D-1 because she was unable to breathe, and she feared that D-1 was going to kill her. D-1 finally released CW-1, just as CW-1 was beginning to lose consciousness. CW-1 fled the apartment and called police on her cell phone.

Officer Micciche approached D-1, who was identified with a DC issued identification card as OMAR TYRONE THOMAS. When Officer Micciche noticed that D-1 had a laceration to his forehead, he asked how it had occurred. D-1 said "I was playing football with my cousin". Officer Micciche informed D-1 that CW-1 was reporting that he had assaulted her, and that the officers needed to hear his version of events so that they could determine if an arrest should be made. Officer Micciche made it clear to D-1 that CW-1's uncontested version of events would result in D-1's arrest. D-1 said to Officer Micciche "Well then I guess you just need to go with her story, slick!".

CW-1 had red marks, including finger-shaped impressions around her neck, as well as redness and slight swelling to both of her cheeks. Crime Scene Search Officer Moton also photographed CW-1's injuries, and discovered red welts on CW-1's back.
D-1 was arrested and transported to Greater Southeast Hospital for treatment, and to the Sixth District for processing.

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? *(Use PD 118 for defendant's written statement.)*]

See Above

PD-118  Reviewed

| 62. RECORD CLERK'S NAME PETTY | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|
| ARREST RECORD SUMMARY 1.   2. | 4. | 6. | Bk 1373 p.372 |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
*(If yes, include in Defendant's Version/Remarks Section above.)*

| 66. PRINTED NAME – OFFICER MAKING STATEMENT Christopher J. Micciche | BADGE NUMBER 49 | RANK OFC | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT 6-D | DATE 10/21/2005 | UNIT 6-D | DATE 10/21/05 |