UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-284 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **OMAR THOMAS,** | : | |
|       **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Denise M. Clark, at telephone number 202-353-8213 and/or email address denise.clark@usdoj.gov.  Ms. Clark will substitute for Assistant United States Attorney William B. Wiegand as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney


    _____
    Denise M. Clark
    Assistant United States Attorney
    Federal Major Crimes Section, Bar No. 479149
    555 4th Street, NW,  Room 4840
    Washington, DC 20530
    (202) 353-8213

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to defense counsel, David A. Bos, Assistant Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, D.C. 20004, this 5th day of December, 2005.

_____
Denise M. Clark
Assistant United States Attorney