UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-284 (CKK)** |
| | : | |
| v | : | |
| | : | |
| **OMAR THOMAS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING AND EXTEND TIME TO SUBMIT ITS SENTENCING MEMORANDUM

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to continue the sentencing currently scheduled for January 13, 2006, at 9:00 a.m., and to extend time to submit its sentencing memorandum. In support of this motion, the government states the following:

On December 29, 2005, the undersigned government counsel received a copy of the revised Presentence Investigation Report and learned that the probation office had determined that the enhanced penalty provisions of 21 U.S.C. § 860(a) did not apply to the offense of Unlawful Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance within 1000 feet of a School. In reaching its conclusion, the probation office "erred on behalf of the defendant." (See Addendum to the Presentence Report, p. 16). The government believes that the probation office's interpretation of 21 U.S.C. § 860(a) is contrary to the parties' interpretation of that statute and their intent when they entered into the plea agreement in this case. Accordingly, the government requests that the time to submit its sentencing memorandum be extended and the sentencing be continued so that the government may obtain a transcript of the plea colloquy and brief the issue of the parties' intent and understanding of the applicable

sentencing provisions at the time the plea was taken.[1]

Government counsel has left a message for defense counsel, David Bos, Esquire, regarding the contents of this motion. However, given defense counsel's caseload, it is likely that he was in court and, thus unable to respond to the message. The motion should therefore be considered as opposed.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 479149
555 4th Street, N.W.  #4840
Washington, DC 20530
(202)353-8213; Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on the attorney for the defendant, David Bos, this 6th day of January, 2006.

_____
Denise M. Clark
Assistant United States Attorney

---

[1] The government has ordered, but has not yet received, a transcript of the plea colloquy.