UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. **05cr284** |
| | : Judge Colleen Kollar-Kotelly |
| **OMAR THOMAS** | : |
| Defendant | : |

### ORDER

The above-captioned case has been referred to Magistrate Judge Alan Kay for Report and Recommendation on the Government's Motion For A Bench Warrant and To Revoke Defendant's Bail Pending Sentencing, and the Defendant's Opposition thereto, pursuant to LCvR 72.3(a).

Accordingly, it is this 5th day of January, 2006,

So **ORDERED**.

_____
**COLLEEN KOLLAR-KOTELLY**
**United States District Judge**

Copies to:

Magistrate Judge Alan Kay
David W. Bos, Esq.
Barry Wiegand, Assistant United States Attorney