UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-284 (CKK) |
| v | : | |
| OMAR THOMAS, | : | Hearing:     February 3, 2006 |
| Defendant. | : | |

GOVERNMENT'S MOTION TO WITHDRAW ITS REQUEST FOR A
BENCH WARRANT AND TO REVOKE DEFENDANT'S BAIL PENDING SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion seeking to withdraw its previously filed Motion for a Bench Warrant and to Revoke Defendant's Bail Pending Sentencing. In support of this motion, the government states the following:

On November 1, 2005, the government filed its Motion for A Bench Warrant and to Revoke Defendant's Bail Pending Sentencing. The government sought a change in defendant's conditions of release based on defendant's rearrest for domestic assault in Superior Court case no. DV 3589-05 on October 21, 2005. A hearing on the Government's motion to revoke has been scheduled for February 3, 2006 at 9:30 a.m. Defendant's trial for the domestic assault is set for February 16, 2006, the day before Defendant is scheduled to be sentenced in this matter. As Defendant's sentencing date in this case is imminent, the government moves to withdraw its Motion for A Bench Warrant and to Revoke Defendant's Bail Pending Sentencing because any issues regarding defendant's alleged violation of his conditions of release can be adequately addressed at the time of sentencing.

Government counsel has left a message for defense counsel, David Bos, Esquire,

regarding the contents of this motion.  However, given defense counsel's caseload, it is likely that he was in court and, thus unable to respond to the message.

  WHEREFORE, it is respectfully requested that this motion be granted.

            Respectfully submitted,

            KENNETH L. WAINSTEIN
            United States Attorney
            Bar No. 451058

            _____
            Denise M. Clark
            Assistant United States Attorney
            Federal Major Crimes Section
            D.C. Bar No. 479149
            555 4th Street, N.W.  #4840
            Washington, DC 20530
            (202)353-8213; Fax: 353-9414

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I caused a copy of the foregoing to be served on the attorney for the defendant, David Bos, this 30th  day of January, 2006.

            _____
            Denise M. Clark
            Assistant United States Attorney