**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-284 (CKK)** |
| | : | |
| v | : | |
| | : | |
| **OMAR THOMAS,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**ORDER**

WHEREUPON, having considered Government's Motion to Withdraw Its Request for A

Bench Warrant And To Revoke Defendant's Bail Pending Sentencing, and the record herein, it is

this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is  hereby GRANTED.


_____
Alan Kay
United States District Magistrate Judge


Denise M. Clark
Assistant United States Attorney
555 4th Street, N.W.  #4840
Washington, DC 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004