UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    v.<br><br>OMAR T. THOMAS,<br><br>    Defendant. | Crim. Action No. 05-284 (CKK) |

**AMENDED REFERRAL ORDER**

On January 5, 2006, this Court referred [12] the Government's Motion for a Bench Warrant and to Revoke Defendant Omar Thomas' Bail Pending Sentencing to Magistrate Judge Alan Kay for a Report and Recommendation pursuant to LCvR 72.3(a).  *See United States v. Thomas*, Crim. No. 05-284 (Jan. 5, 2006) (referral order).  Given the fact that (1) the referred motion falls within the matters determinable by a magistrate judge but is not one of the matters explicitly delineated in LCvR 72.3(a), and (2) this is a criminal – not civil – case, the Court hereby amends its January 5, 2006 Referral Order and refers [12] the Government's Motion for a Bench Warrant and to Revoke Defendant Omar Thomas' Bail Pending Sentencing to Magistrate Judge Alan Kay for resolution pursuant to LCrR 57.18(a).  *See also* LCvR 72.2(a).

Accordingly, it is, this 30th day of January, 2006, hereby

**SO ORDERED**.

                                                                         /s/                                              
                                                                        COLLEEN KOLLAR-KOTELLY
                                                                        United States District Judge